# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JACOB M. PLISKA,

    Plaintiff,

v.                                                    Case No. 17-CV-1293

SHAWANO COUNTY JAIL, MD KEN ANOLIGO,
CO PATTI, CHRIS REKOSKE, TYLOR RICH,
and ODESSO CLAY,

    Defendants.

## ORDER

    The plaintiff, Jacob M. Pliska, is representing himself. On March 9, 2018, Magistrate Judge Nancy Joseph screened the second amended complaint pursuant to 28 U.S.C. § 1915A. For the reasons explained in the screening order, Judge Joseph determined that the second amended complaint was deficient and directed the plaintiff to file a third amended complaint by March 30, 2018, if he wanted to proceed with this case. (ECF No. 16 at 4-5.) The court also advised that failure to file a third amended complaint might result in dismissal of this action. The plaintiff has not filed an amended complaint. Based on the plaintiff's failure to file a third amended complaint, it appears that he no longer wishes to prosecute this case. Therefore, the court will dismiss this case without prejudice. *See* Civil L.R. 41(c) (E.D. Wis.).

    This case was previously assigned to Magistrate Judge Joseph. However, because not all parties have had the opportunity to consent to magistrate judge jurisdiction, the case was reassigned to a District Judge for entry of this order dismissing the case.

**THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Green Bay, Wisconsin this __11th__ day of April, 2018.

    s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court - WIED